UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROGER MOORE, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-0034-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| C/O ALLEN, *et al*., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was referred to the undersigned Magistrate Judge on Defendants' Motion to Strike Order Requiring Proposed Discovery Plan and Scheduling Order (#31).

The Court having reviewed the Motion (#31) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Strike Order Requiring Proposed Discovery Plan and Scheduling Order (#31) is **DENIED**. The parties are authorized to pursue discovery on the remaining claims and will do so according to an approved discovery schedule.

IT IS FURTHER ORDERED that the parties have to and including October 29, 2010, to comply with the Court's Order (#29).

DATED this 15th Day of October, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge