# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| ROGER MOORE,<br><br>        Plaintiff,<br><br>vs.<br><br>C/O ALLEN, *et al.*,<br><br>        Defendant. | 2:10-cv-0034-PMP-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 7, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  10th  day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge