UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROGER MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY CALDERONE, et al.,<br><br>    Defendants. | 2:10-CV-00034-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion for District Judge to Reconsider Order re Clerk's Judgment, Order on Motion for Summary Judgment, and Order on Motion for Leave to File (Doc. #53), Plaintiff's Motion for Judgment as a Matter of Law (Doc. #54), and Defendants' Opposition to Plaintiff's Motion to Reconsider Order on Motion for Summary Judgment and Motion for Judgment as a Matter of Law [Dkts #53, 54] (Doc. #55), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order re Clerk's Judgment, Order on Motion for Summary Judgment, and Order on Motion for Leave to File (Doc. #53) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Plaintiff's Motion for Judgment as a Matter of Law (Doc. #54) is **DENIED**.

DATED: April 11, 2011.

_____
PHILIP M. PRO
United States District Judge